UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH STRONG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No.: 0:21-cv-01630-NEB-TNL<br><br>**NOTICE OF SETTLEMENT** |

　　　NOTICE IS HEREBY GIVEN that Plaintiff Sarah Strong and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them. The parties are in the process of completing the final settlement documents and a Stipulation to Dismiss is expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as there are no remaining Defendants in this case. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: September 29, 2021　　　　By: */s/ Jenna Dakroub*
　　　　　　　　　　　　　　　　　　Jenna Dakroub
　　　　　　　　　　　　　　　　　　Bar Number: 0401650
　　　　　　　　　　　　　　　　　　**PRICE LAW GROUP, APC**
　　　　　　　　　　　　　　　　　　8245 N. 85th Way
　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　T: (818) 600-5513
　　　　　　　　　　　　　　　　　　F: (818) 600-5431
　　　　　　　　　　　　　　　　　　E: jenna@pricelawgroup.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　　　　*Sarah Strong*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/* Elika Ruintan