UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH STRONG,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendant. | Case No.: 0:21-cv-01630-NEB-TNL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Sarah Strong and Defendant Equifax Information Services, LLC, by and through undersigned counsel, hereby stipulate that all claims against Equifax shall be dismissed with prejudice, each party to bear their own attorney's fees and costs. There are no remaining defendants in this matter.

//

//

//

1

RESPECTFULLY SUBMITTED,

DATED: October 19, 2021

| | |
|---|---|
| By: */s/ Jenna Dakroub* | By: */s/ Jacob W. Elrich* |
| Jenna Dakroub | Terrance J. Wagener (#213676) |
| Bar Number: 0401650 | Jacob W. Elrich (#399470) |
| **PRICE LAW GROUP, APC** | 1400 Fifth Street Towers |
| 8245 N. 85th Way | 100 South Fifth Street |
| Scottsdale, AZ 85258 | Minneapolis, MN 55402 |
| T: (818) 600-5513 | Telephone: (612) 672-3600 |
| F: (818) 600-5431 | Facsimile: (612) 672-3777 |
| E: jenna@pricelawgroup.com | twagener@messerlikramer.com |
| *Attorneys for Plaintiff,* | jelrich@messerlikramer.com |
| *Sarah Strong* | *Attorneys for Defendant* |
| | *Equifax Information Services, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Elika Ruintan*