# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH STRONG, | Case No. 21-CV-1630 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EQUIFAX INFORMATION SERVICES, LLC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on October 19, 2021 (ECF No. 14), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE each party shall bear their own attorneys' fees and costs.

Dated: October 21, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge